UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE CASIANO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | C15-1708-TSZ<br><br>ORDER |

THIS MATTER comes before the Court upon the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, docket no. 14, to which no timely objection was made, recommending the reversal and remand of the Administrative Law Judge's ("ALJ") decision denying Disability Insurance Benefits. The Court hereby ORDERS:

    (1)    The Court ADOPTS the R&R;

    (2)    The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the R&R;

ORDER - 1

1  (3) The Clerk is directed to send copies of this Order to the parties and to Judge
2 Christel.

3  IT IS SO ORDERED.

4  Dated this 25th day of August, 2016.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER - 2